UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ, for himself and on behalf of all other persons similarly situated,

        Plaintiff,

-against-

PAINTING WITH A TWIST, L.L.C.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/28/2020_

19 Civ. 11938 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 20, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by February 27, 2020. ECF No. 8. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **March 2, 2020**.

    SO ORDERED.

Dated: February 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge