UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ, for himself and on behalf of all other persons similarly situated,

        Plaintiff,

-against-

PAINTING WITH A TWIST, L.L.C.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2020

19 Civ. 11938 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 28, 2020, the Court ordered the parties to submit their overdue joint status letter and proposed case management plan by March 2, 2020. ECF No. 9. That submission remains overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **March 4, 2020**, at **12:00 p.m.**

    SO ORDERED.

Dated: March 3, 2020
       New York, New York

                      ANALISA TORRES
                   United States District Judge